1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  CHARLES J. LEE, Bar #221057
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California 93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  RAFAEL GARCIA-CORONA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 1:10-cr-00510 OWW |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE HEARING |
| v. | ) ) | DATE: March 28, 2011 |
| RAFAEL GARCIA-CORONA, | ) ) | TIME: 9:00 A.M. JUDGE: Hon. Oliver W. Wanger |
| Defendant. | ) ) | |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the status conference in the above-captioned matter now set for February 28, 2011, **may be continued to March 28, 2011 at 9:00 A.M.**

This continuance is at the request of defense counsel to allow proper time for plea negotiations in this case. Defense submitted the initial fast-track packet to the probation office on January 13, 2011, but was just informed the PSR would not be completed in time for the next scheduled court date. In order to have sufficient time to have a completed PSR and to complete the plea negotiations on this case, the parties are seeking a continuance.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

//

|   |   |
|---|---|
|   | BENJAMIN B. WAGNER<br>United States Attorney |
| DATED: February 23, 2011 | By: /s/ Susan Phan<br>SUSAN PHAN<br>Assistant United States Attorney<br>Attorney for Plaintiff |
|   | DANIEL J. BRODERICK<br>Federal Defender |
| DATED: February 23, 2011 | By: /s/ Charles J. Lee<br>CHARLES J. LEE<br>Assistant Federal Defender<br>Attorney for Defendant<br>RAFAEL GARCIA-CORONA |

# O R D E R

**IT IS SO ORDERED.** Time is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated:   February 25, 2011**          /s/ Oliver W. Wanger
                                         UNITED STATES DISTRICT JUDGE